United States Bankruptcy Court
District of Arizona

In re:  Case No. 19-08227-MCW
MICHAEL L HALE  Chapter 13
JULIE R HALE
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2    User: admin    Page 1 of 4
Date Rcvd: Mar 14, 2023    Form ID: nch13pln    Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | MICHAEL L HALE, 7414 W EUGIE AVENUE, PEORIA, AZ 85381-6035 |
| jdb | +++ | JULIE R HALE, 7414 W EUGIE AVENUE, PEORIA, AZ 85381-6035 |
| 15649427 | + | Credit Protection Association, Attn: Bankruptcy, Po Box 802068, Dallas TX 75380-2068 |
| 15649439 | + | Home Credit, Attn: Bankruptcy, Po Box 2394, Omaha NE 68103-2394 |
| 15649449 | + | The Lending Co/dovenmu, 1 Corporate Dr, Lake Zurich IL 60047-8944 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Mar 14 2023 22:45:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2023 22:46:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 15724809 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2023 22:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15649417 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2023 22:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |
| 15649418 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 14 2023 22:45:00 | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections, 1275 W. Washington Ave, Phoenix AZ 85007-2926 |
| 15649419 | + | Email/Text: bk@avant.com | Mar 14 2023 22:46:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago IL 60691-3380 |
| 15752158 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 22:58:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15649421 | | Email/Text: bankruptcy@cashcall.com | Mar 14 2023 22:46:00 | Cashcall Inc, Attn: Bankruptcy, Po Box 66007, Anaheim CA 92816 |
| 15658182 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2023 22:58:09 | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 15649420 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2023 22:58:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15663839 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2023 22:58:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15649422 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 22:58:16 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 15649424 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2023 22:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 15649423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2023 22:46:00 | Comenity Bank/kingsize, Po Box 182789, Columbus OH 43218-2789 |
| 15649425 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2023 22:46:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus OH 43218-2125 |
| 15649426 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2023 22:58:09 | Conn's HomePlus, Attn: Bankruptcy Dept, Po Box 2358, Beaumont TX 77704-2358 |
| 15649428 | | Email/Text: mkatz@deliveryfinancial.com | Mar 14 2023 22:46:00 | Delivery Finance Service, Llc, Attn: Bankruptcy, 3710 W Greenway Road, Suite 131, Scottsdale AZ 85254 |
| 15649430 | + | Email/Text: EBN@edfinancial.com | Mar 14 2023 22:46:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville TN 37930-6008 |
| 15649429 | + | Email/Text: jarmstrong@progressresidential.com | Mar 14 2023 22:46:00 | Edc/progress Residenti, 7500 N Dobson Rd Ste 300, Scottsdale AZ 85256-2727 |
| 15649431 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 14 2023 22:58:06 | Exeter Finance Corp, Po Box 166008, Irving TX 75016-6008 |
| 15649432 | | Email/Text: BNSFN@capitalsvcs.com | Mar 14 2023 22:46:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls SD 57117 |
| 15649433 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 14 2023 22:46:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha NE 68197 |
| 15680814 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 14 2023 22:46:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 15708133 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 14 2023 22:46:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 15649434 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 14 2023 22:57:59 | First Premier Bank, 601 South Minnesota Aven, Sioux Falls SD 57104-4868 |
| 15649435 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 14 2023 22:57:59 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 15649436 | + | Email/Text: bankruptcy@flagshipcredit.com | Mar 14 2023 22:46:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford PA 19317-0643 |
| 15649437 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 14 2023 22:46:00 | Genesis Bankcard Services, Attn: Bankruptcy Department, Po Box 4477, Beaverton OR 97076-4401 |
| 15649440 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2023 22:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 15736884 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2023 22:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15855209 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 22:58:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15657141 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 22:58:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15649441 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2023 22:58:02 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 15649442 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2023 22:58:00 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 15649443 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15654539 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 14 2023 22:46:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660360, Dallas TX 75266-0360 |
| | | | Mar 14 2023 22:46:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15649444 | + | Email/PDF: cbp@onemainfinancial.com | Mar 14 2023 22:58:12 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville IN 47708-1013 |
| 15650949 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 22:58:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15718846 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2023 22:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15744396 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2023 22:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15707620 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2023 22:46:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15649445 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 22:57:58 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15753630 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 22:57:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15649446 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 22:57:59 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15649447 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 22:57:58 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando FL 32896-5060 |
| 15649448 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 22:57:58 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15649450 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 14 2023 22:45:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio TX 78288-1600 |
| 15649451 | | Email/Text: bankruptcy@uscbcorporation.com | Mar 14 2023 22:45:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald PA 18403 |
| 15649438 | | Email/Text: bankruptcynotices@vivecard.com | Mar 14 2023 22:46:00 | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy UT 84070 |
| 15649452 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2023 22:58:05 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines IA 50328-0001 |
| 15720074 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2023 22:58:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355-0702 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15679799 | * | CONN APPLIANCES, INC., C/O BECKET AND LEE LLP, PO BOX 3002, MALVERN PA 19355-0702 |
| 15735461 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| cr | ##+ | Nissan Motor Acceptance Corporation, Wright, Finlay & Zak, LLP, c/o Joel F. Newell (SBN 025296), 2800 N. Central Avenue, Ste. 1200, Phoenix, AZ 85004-1009 |
| 15756890 | ##+ | Home Credit LLC, 6240 Sprint Parkway, Overland Park, KS 66211-1159 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023        Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOEL F. NEWELL | on behalf of Creditor Nissan Motor Acceptance Corporation jnewell@jsslaw.com lbourland@jsslaw.com |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor MICHAEL L HALE documents@phxfreshstart.com tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor JULIE R HALE documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

FORM nch13pln
REVISED 06/04/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:            Case No.: 2:19−bk−08227−MCW

MICHAEL L HALE     Chapter: 13
7414 W EUGIE AVENUE
PEORIA, AZ 85381
SSAN: xxx−xx−2111
EIN:

JULIE R HALE
7414 W EUGIE AVENUE
PEORIA, AZ 85381
SSAN: xxx−xx−5941
EIN:

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | MICHAEL L HALE<br>7414 W EUGIE AVENUE<br>PEORIA, AZ 85381<br><br>JULIE R HALE<br>7414 W EUGIE AVENUE<br>PEORIA, AZ 85381 |
| Address of Debtor(s) Attorney | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076−2780 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: March 14, 2023

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas